IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JATINKUMAR DASHRATHBHAI PATEL (2),<br>Defendant. | CASE NO. 3:26CR266<br><br>JUDGE JEFFREY J. HELMICK<br><br>MAGISTRATE JUDGE DARRELL A. CLAY<br><br>**<u>ORDER OF DETENTION</u>** |

The above matter came before the Court on November 6, 2026 pursuant to Rule 46(a) of the Federal Rules of Criminal Procedure. Defendant was present at the hearing and represented by Attorney Jane Roman, and the Government was represented by Ava Dustin, Assistant U.S. Attorney. Defendant is currently being held on an ICE detainer and reserves the right to revisit the issue of a detention hearing at a later time. The Court orders the Defendant to be held to answer further proceedings in the District Court.

The Court also orders that Defendant Jatinkumar Dashrathbhai Patel shall be committed to the custody of the United States Attorney General, or a designated representative for confinement to a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. Further, the Court directs that Defendant be afforded reasonable opportunity for private consultation with counsel while in custody. On order of the Court or the request of the attorney for the United States, the person

in charge of the corrections facility shall deliver Defendant to the United States Marshal for purposes of an appearance in connection with the court proceeding.

**IT IS SO ORDERED.**

November 6, 2026
DATE

DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE